### ROBERT FLOWERS ETC. VS SLOOP *three Brothers* AND CARGO ETC.

COLONY OF RHODE ISLAND ETC.   At a Court of Vice admiralty held at Newport in the Colony afores^d On Wednesday the 6th day of Oct^r A D 1742.

Before the Hon^ble Sam^l Pemberton Esq^r D. Judge 4th The Court being Opened John Mulder the Master of s^d Sloop not being ready prayed farther time Upon w^ch the Court is adjourned Until to Morrow 10 aClock A: M